UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-65 (JMR/FLN)

| | | |
|---|---|---|
| Flightmasters<br><br>v.<br><br>Express Transport, Inc., d/b/a Atlanta Transportation Systems | ) | ORDER |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: May 15, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAY 16 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK